**01–1688. State v. Brown.**
Fayette App. No. CA2000–10–027. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Entry Granting

1496

Motion to Certify dated September 17, 2001, at pages 3–4:

"The issue for certification is whether the defendant's filing of a request for discovery or for a bill of particulars, and the state's response thereto, extends that time within which the defendant must be brought to trial under the Ohio speedy trial statues, R.C. 2945.71, *et seq.*"

Sua sponte, cause consolidated with 01–1686, *State v. Brown,* Fayette App. No. CA2000–10–027.

The conflict cases are *State v. Cox* (Apr. 1, 1987), Holmes App. No. CA–367, unreported, 1987 WL 9956; and *State v. Spicer* (May 8, 1998), Hamilton App. Nos. C–970480 and C–970454, unreported, 1998 WL 226411.